# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**PLENNEY P. BARKDULL**                                                       **PLAINTIFF**
**#166596**

**v.**                      **Case No. 3:20-cv-00124-LPR**

**DOE**                                                                              **DEFENDANT**
*"Mrs. Wonda" cook, Poinsett County Jail*

## **JUDGMENT**

Pursuant to the Order entered on June 8, 2020, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 8th day of June 2020.

                                                                 _____
                                                                 LEE P. RUDOFSKY
                                                                 UNITED STATES DISTRICT JUDGE